**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

AROLDO ROMAN GONZALEZ LOPEZ,

Petitioner,

v.

ACTING WARDEN, Adelanto Detention Facility, *et al.*,

Respondents.

Case No. 5:26-cv-03613-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

DATED: July 14, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES DISTRICT JUDGE